UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLINE KAUFMAN,<br><br>               Plaintiff,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as the executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>               Defendants. | Case No. 1:20-cv-05069-JPO-RWL |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, CAROLINE KAUFMAN, by and through the undersigned attorneys and pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, hereby gives notice of dismissing this action with prejudice based on the parties having reached a settlement.

Dated:  December 6, 2022

/s/ Michael Dolce
LAURA H. POSNER
NY Bar No. 8612
lposner@cohenmilstein.com
MICHAEL DOLCE (admitted pro hac vice)
Florida Bar No. 048445
mdolce@cohenmilstein.com
TAKISHA RICHARDSON (admitted pro hac vice)
Florida Bar No. 42007
trichardson@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (561) 515-1400

SPENCER T. KUVIN, ESQ.
Fla. Bar. No. 89737
Law Office of Craig Goldenfarb, P.A.
1800 S. Australian Avenue, Suite 400

>West Palm Beach, Florida 33409-6450
>Tel. (561) 697-4440
>KaufmanCaroline6794854@projects.filevine.com
>skuvin@800goldlaw.com
>lweir@800goldlaw.com
>
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify on December 6, 2022, a true and correct copy of the foregoing was filed with the Court by using the CM/ECF system, which will serve the document upon all counsel of record.

>/s/ Michael Dolce
>Michael Dolce (admitted pro hac vice)
>Florida Bar No. 48445
>mdolce@cohenmilstein.com

SO ORDERED.

Dated: December 7, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge